

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-14-00245-CR

David Nicholas **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10033
Honorable Raymond Angelini, Judge Presiding

## O R D E R

The State's brief was originally due to be filed on August 27, 2014. The State's first motion for extension of time was granted, extending the deadline for filing the brief to September 26, 2014. On September 29, 2014, the State filed a motion requesting an additional extension of time to file the brief until October 27, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by October 27, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court